IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

OCT 22 2008

UNITED STATES OF AMERICA

v.

Case No. 2:08mj509
Court Date: November 19, 2008

MICHAEL D. MILLER

### CRIMINAL INFORMATION

(Misdemeanor)-Violation No. 1168833

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 28, 2008, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, MICHAEL D. MILLER, did knowingly and unlawfully drive and operate a motor vehicle while his privilege to drive a motor vehicle was suspended or revoked.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-301.)

Respectfully submitted,

Chuck Rosenberg
United States Attorney

By: /s/
for: D. Thomas Wilson
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6391
Fax:(757) 441-3205
D.Thomas.Wilson@usdoj.gov